**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 99-30933
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

DARRYL W. CHANEY, also known as Gregory W. Chaney,

Defendant-Appellee.

Appeal from the United States District Court
For the Middle District of Louisiana
Dist. Ct. No. 99-CR-40-1

September 11, 2000

Before DUHÉ, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Darryl W. Chaney, a/k/a Gregory W. Chaney, is charged with being a convicted felon in possession of a firearm and being a convicted felon in possession of ammunition, both in violation of 18 U.S.C. § 922(g)(1). Chaney moved to suppress the ammunition, the gun, and inculpatory

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

statements. The district court granted the motion to suppress with regard to the ammunition and the statements but denied it with regard to the gun. The government appeals the district court's suppression of the ammunition and the statements. Finding that the district court rendered its decision without the benefit of the Supreme Court's recent decision in *Illinois v. Wardlow*, 120 S.Ct. 673, 145 L.Ed.2d 570 (2000), we VACATE and REMAND for reconsideration and further findings in accordance with that decision.